UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

JUDGMENT

| | |
|---|---|
| **CEDRICK DUMAR DOBBIN** | **CIVIL ACTION NO. 22-590-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JAMES E. STEWART, SR.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ____ day of October 2022.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE